IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03325-RM-BNB

DONNA LYN WOODS,

Plaintiff,

v.

TENNYSON CENTER FOR CHILDREN AT COLORADO CHRISTIAN HOME,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend the Scheduling Order Regarding Discovery and Dispositive Motion Deadlines and Request for Expedited Ruling** [docket no. 29, filed September 9, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **October 11, 2013**, and the dispositive motion deadline is extended to and including **November 12, 2013** (November 11, 2013 is a Court holiday).

IT IS FURTHER ORDERED that the Pretrial Conference set for December 17, 2013, is **vacated and reset to January 23, 2014, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **January 16, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: September 10, 2013