IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03325-RM-BNB

DONNA LYN WOODS,

Plaintiff,

v.

TENNYSON CENTER FOR CHILDREN AT COLORADO CHRISTIAN HOME,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Notice of Withdrawal as Attorney of Record** [docket no. 32, filed September 13, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Colleen T. Calandra is granted leave to withdraw from the representation of plaintiff and is to be removed from the electronic service.

DATED:  September 16, 2013