**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-03325-RM-BNB

DONNA LYN WOODS,

      Plaintiff,

v.

TENNYSON CENTER FOR CHILDREN AT COLORADO CHRISTIAN HOME,

      Defendant.

---

**ORDER SETTING CASE FOR TRIAL**

---

      This matter has been scheduled for a **five-day jury trial** on the docket of Judge Raymond P. Moore in the U.S. District Court, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **September 8, 2014 at 9:00 a.m.**

      A Trial Preparation Conference is set for **August 11, 2014 at 9:30 a.m.**  Counsel who will try the case shall attend in person.

      In the absence of a previously-imposed deadline, all motions to exclude expert testimony must be filed **sixty days** before the trial preparation conference.

      **Fourteen days** before the trial preparation conference, counsel and any pro se party shall submit proposed jury instructions and verdict forms.  The jury instructions shall identify the source of the instruction and supporting authority, e.g., § 103, Fed. Jury Practice, O'Malley, Grenig, and Lee (5th ed.).  The parties shall submit their instructions and verdict forms both via

1

CM/ECF and by electronic mail to: **Moore_Chambers@cod.uscourts.gov** in Word Perfect

format (Word Perfect 12 or a later version) or Word format.  Verdict forms shall be submitted in

a separate file from jury instructions.  Within the jury instruction file, each jury instruction shall

begin on a new page.

Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes

of making a record at the jury instruction conference.  The parties shall attempt to stipulate to the

jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict

forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF (1)

their proposed *voir dire* questions; (2) their witness lists; and (3) their exhibit lists.  Forms of the

witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx.  Please

add at least ten additional blank rows at the end of the exhibit list to accommodate any additional

exhibits that may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this Court's

Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation

Conference:

1)      jury selection;

2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

2

4)      anticipated evidentiary issues;

5)      any stipulation as to fact; and

6)      any other issues affecting the duration or course of the trial.

DATED this 23rd day of January, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge

3