IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Civil Action No. 12-cv-03325-RM-BNB

DONNA LYN WOODS,

    Plaintiff,

vs.

TENNYSON CENTER FOR CHILDREN AT COLORADO CHRISTIAN HOME,

    Defendant.

---

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice. (ECF No. 61.)   In the Stipulation, the parties advised the terms of the Agreement pursuant to which the Stipulation was filed are to be kept strictly confidential by plaintiff Donna Lyn Woods and defendant Tennyson.   The parties also advised they have agreed: (1) that any disclosure of such terms except to plaintiff Woods' immediate family, the parties' financial or tax advisors or as may be required by law, may constitute contempt of Court for which the Court may enter such sanctions as are appropriate; and (2) each party will advise anyone subject to the exceptions just noted that they are subject to this confidentiality provision and should they violate it, plaintiff Woods or defendant Tennyson will be held responsible for such violation.   Upon consideration of the parties' representation, and being otherwise fully advised, the Court hereby approves the parties' Stipulation and

ORDERS that the above-captioned action is dismissed with prejudice, each party to bear her or its own attorneys' fees and costs;

FURTHER ORDERS that the terms of the Agreement between the parties pursuant to which the Stipulation for Dismissal with Prejudice has been filed are to be kept strictly confidential by plaintiff Woods and defendant Tennyson and that any disclosure of such terms except to Woods' immediate family, the parties' financial or tax advisors or as may be required by law, may constitute contempt of Court for which this Court may enter such sanctions as are appropriate; and

FURTHER ORDERS that plaintiff Woods and defendant Tennyson each will advise anyone subject to the exceptions just noted that they are subject to this confidentiality provision and should they violate it, plaintiff Woods and defendant Tennyson will be held responsible for such violation.

DATED this 14th day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge